

DOMAINS     WEBSITE     CLOUD     HOSTING     SERVERS     EMAIL     SECURITY     WHOIS     SUPPORT          LOGIN          0

Enter Domain or IP          WHOIS

# 509.com

Updated 20 hours ago ⟳

## Domain Information

| | |
|---|---|
| Domain: | 509.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 1996-07-29 |
| Expires On: | 2026-07-27 |
| Updated On: | 2021-03-24 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns35.domaincontrol.com<br>ns36.domaincontrol.com |

## Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | 509.com@domainsbyproxy.com |

## Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |

Interested in similar domains?

| | |
|---|---|
| **509bty.com** | Buy Now |
| **509locksmith.com** | Buy Now |
| **509ranch.com** | Buy Now |
| **509cpa.com** | Buy Now |
| **509storage.net** | Buy Now |
| **509investments.net** | Buy Now |

.space
$24.88  $0.88
BUY NOW
*Offer ends 31st August 2021

On Sale!



.LIVE @ $3.28 $25.88



Introducing
WORDPRESS HOSTING
$3.58/mo
VIEW MORE

| | |
|---|---|
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **509.com**@domainsbyproxy.com |

## Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Email: | **509.com**@domainsbyproxy.com |

## Raw Whois Data

```
Domain Name: 509.com
Registry Domain ID: 3556155_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2021-03-23T18:45:46Z
Creation Date: 1996-07-28T23:00:00Z
Registrar Registration Expiration Date: 2026-07-27T23:00:00Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProh
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibit
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibit
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: 509.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
```

```
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: 509.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: 509.com@domainsbyproxy.com
Name Server: NS35.DOMAINCONTROL.COM
Name Server: NS36.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-08-18T18:55:39Z <<<

For more information on Whois status codes, please visit https://www.icann.org/reso

TERMS OF USE: The data contained in this registrar's Whois database, while believed
registrar to be reliable, is provided "as is" with no guarantee or warranties regar
accuracy. This information is provided for the sole purpose of assisting you in obt
information about domain name registration records. Any use of this data for any ot
is expressly forbidden without the prior written permission of this registrar. By s
an inquiry, you agree to these terms and limitations of warranty. In particular, yo
to use this data to allow, enable, or otherwise support the dissemination or collec
data, in part or in its entirety, for any purpose, such as transmission by e-mail,
postal mail, facsimile or other means of mass unsolicited, commercial advertising o
of any kind, including spam. You further agree not to use this data to enable high
or robotic electronic processes designed to collect or compile this data for any pu
mining this data for your own personal or commercial purposes. Failure to comply wi
may result in termination of access to the Whois database. These terms may be subje
at any time without notice.
```

---

### related domain names

[godaddy.com](godaddy.com)    [icann.org](icann.org)    [domaincontrol.com](domaincontrol.com)    [domainsbyproxy.com](domainsbyproxy.com)    [internic.net](internic.net)



Leading provider of web presence
solutions that empower you to establish
and grow your online presence.

Learn more About Us

| Login | or | Create an Account |

Follow Us

## Domains

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

## Hosting & Products

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

## Infrastructure

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

## Support

View Knowledge Base

Contact Support

Report Abuse

Enterprise Email                          About Whois

Google Workspace

SSL Certificates

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy