IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| YIN SHENG,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE, AND 509.COM,<br><br>        Defendants. | Case No. 1:21-cv-00816-TSE-JFA |

IN RE: 509.COM.

## ORDER

The Court, having considered Plaintiff's Motion for Service by Publication, pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb), hereby GRANTS the motion and ORDERS a copy of this Order be published in The Washington Post newspaper once within 14 days after entry of this Order; and it is further

ORDERED that the Defendant is hereby advised:

1.    Plaintiff has filed a Complaint charging the Subject Domains with violation of the Anticybersquating Consumer Protection Act of 1999, 15 U.S.C. § 1125(d) (the "Act"). A copy of the Complaint may be obtained from the Plaintiff's attorney, Timothy T. Wang, Ni, Wang & Massand, PLLC, 8140 Walnut Hill Ln., Ste. 500, Dallas, TX 75231.

2.    In the event that the Plaintiff prevails against the Subject Domains under the Act, remedies could include the forfeiture or cancellation of the Subject Domains or the transfer of the Subject Domains to the Plaintiff in this action.

3.    Any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401

Courthouse Square, Alexandria, VA 22314, within twenty (21) days from the date of publication of this Order in The Washington Post newspaper. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against the Subject Domains which could include the forfeiture or cancellation of the Subject Domains or the transfer of the Subject Domains to the Plaintiff.

SEPTEMBER 3, 2021            /s/ JFA
John F. Anderson
United States Magistrate Judge