IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| YIN SHENG,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE, AND 509.COM,<br><br>                Defendants. | Case No. 1:21-cv-00816-TSE-JFA<br><br>**JOINT MOTION TO DISMISS** |

**IN RE: 509. COM**.

Pursuant to Fed. R. Civ. P. 41(a)(2), Counsel for Plaintiff Yin Sheng ("Plaintiff") and Defendant Dashiell Shapiro ("Defendant"), proceeding *pro se*, hereby move for an order dismissing Plaintiff's claims in this action against Defendant without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DATED October 22, 2021.

Respectfully submitted,

By: */s/ Steven War*
Steven War (VSB # 45048)

**War IP Law PLLC**
5335 Wisconsin Ave, NW, Suite 440
Washington, DC 20015
Tel: (202) 800-3751
Fax: (202) 318-1490
e-mail: steve@wariplaw.com

By: */s/ Timothy T. Wang*
Timothy T. Wang
(*pro hac vice* application pending)
Texas Bar No. 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600

Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF
YIN SHENG**