IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

YIN SHENG,

            Plaintiff,

v.

JOHN DOE, AND 509.COM,

            Defendants.

Case No. 1:21-cv-00816-TSE-JFA

IN RE: 509. COM.

## ORDER OF DISMISSAL

Before the Court is Yin Sheng ("Plaintiff") and Defendant Dashiell Shapiro, ("Defendant") (collectively, the "Parties) Joint Motion to Dismiss.

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.